IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERA KNOLL, | : | |
| Plaintiff | : | Civil Case Number |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, | : | NO. 08-cv-4692 |
| Defendant | : | |

## ORDER

**AND NOW**, this 27th day of January, 2010, upon consideration of defendants' motions for partial summary judgment (Doc. #18), plaintiffs' response thereto (Doc. # 22), plaintiff's statement of undisputed material facts (Doc. #23), and defendant's statement in response to plaintiff's undisputed facts (Doc. #25), IT IS HEREBY ORDERED that Defendant's' motion is GRANTED in part, and DENIED in part. Defendant's summary judgment motion is GRANTED as to plaintiff's claim she was discriminated against because defendant refused to pay for tree-climbing school. Defendant's summary judgment motion is DENIED as to all other claims.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.