IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERA KNOLL, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, | : | |
|     Defendant. | : | NO.  08-04692 |

**STENGEL, J.**                                                                                           September    , 2011

## ORDER

AND NOW, this 30th day of September, 2011, upon consideration of Defendant's Motion for Sanctions (Doc. #49) and the Plaintiff's Response thereto (Doc. #51), it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.