IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CIVIL DIVISION

| TERA KNOLL | : | NO. 08-CV-4692 |
|---|---|---|
| Plaintiff | : | |
| v. | : | |
| CITY OF ALLENTOWN | : | |
| Defendant | : | |

NOTICE OF APPEAL

Notice is hereby given that Tera Knoll, Plaintiff above-named, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on February 8, 2012.

Date: March 5, 2012

s/ Donald P. Russo
DONALD P. RUSSO, ESQUIRE
Attorney for Plaintiff
35 East Elizabeth Ave., Suite 42
Bethlehem, PA 18018

Attorney I.D. No. 25873